UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>G. HERRERA, et al.,<br><br>    Defendants. | No.  2:22-cv-1006 CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to pay the $402.00 filing fees or submit a request to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 4) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to pay the $402 filing fees or a request to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
howe1006.36